ACCEPTED
06-15-00013-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/28/2015 9:26:38 AM
DEBBIE AUTREY
CLERK

No. 06-15-00013-CV

In the Court of Appeals for the

Sixth District of Texas

at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/28/2015 9:26:38 AM
DEBBIE AUTREY
Clerk

CITY NATIONAL BANK OF SULPHUR SPRINGS............ APPELLANT

V.

JOHN ALEXANDER SMITH. ............................. APPELLEE

**Unopposed Motion to Extend Time for Filing Reply Brief
of Appellant, City National Bank of Sulphur Springs**

TO THE HONORABLE COURT OF APPEALS:

Appellant, CITY NATIONAL BANK OF SULPHUR SPRINGS, files this unopposed motion requesting an extension of time to file its reply brief, and would show unto the Court the following:

I.

Appellant's reply brief is due to be filed on January 3, 2016, which is a Sunday making the reply brief due on January 4, 2016.

II.

Due to other commitments counsel will be unable to adequately review the record, complete research, and finalize the reply brief in this case. Those commitments include:

1. Assisting in preparation of the reply brief of Burlington Resources Oil & Gas Company, LP in <u>Burlington Resources Oil & Gas Company, LP v. Petromax Operating Co., Inc.</u>, et al, No. No. 06-15-00044-CV in the Sixth Court of Appeals;

2. Preparation of Appellant's separate reply briefs to the briefs of Appellees, The Rogers Agency and C. Michael Rogers, and Appellee, New York Life Insurance Company, in <u>Michael D. Lee v. The Rogers Agency, C. Michael Rogers and New York Life Insurance Company</u>, No. NO. 06-15-00037-CV in the Sixth Court of Appeals;

3. Preparation of Plaintiff's Original Petition and Request for Temporary Restraining Order and Injunction in <u>OLMM Properties, LLC d/b/a The Magnolia vs. Shannon West and The Retreat at Kenwood, Inc.</u>, Cause No. 15C1716-CCL in the County Court at Law of Bowie County, Texas; and

4. In addition to the above, the undersigned counsel plans to be out of town for the holidays from December 27, 2015 to January 2, 2016.

## III.

Therefore, Appellant would request an extension to January 29, 2016 in which to file its reply brief. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellant , CITY NATIONAL BANK OF SULPHUR SPRINGS, prays that the time for filing its appellate brief be extended to January 29, 2016.

Respectfully submitted,


/s/ *John R. Mercy*

John R. Mercy
State Bar No. 13947200
MERCY ✸ CARTER ✸ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail: jmercy@texarkanalawyers.com


Coy Johnson
   State Bar No. 10698000
   Email: coy@clayjohnsonlaw.com
Clay Johnson
   State Bar No. 24007450
   Email: clay@clayjohnsonlaw.com
JOHNSON LAW FIRM, P.C.
609 Gilmer Street
Sulphur Springs, TX 75482-4121
Telephone:  (903) 885-8866
Facsimile:   (903) 584-1313

ATTORNEYS FOR APPELLANT, CITY
NATIONAL BANK OF SULPHUR SPRINGS

## CERTIFICATE OF CONFERENCE

I have contacted J. Mark Sudderth, Attorney for Appellee, regarding the relief sought by this motion and he does not oppose the motion.


/s/ *John R. Mercy*
John R. Mercy


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Unopposed Motion to Extend Time for Filing Reply Brief of Appellant, City National Bank of Sulphur Springs,* has been served via e-service on:

Mr. J. Mark Sudderth
NOTEBOOM LAW FIRM
669 Airport Freeway, Suite 100
Hurst, TX 76053-3698
Email: sudderth@noteboom.com

Coy Johnson
  Email: coy@clayjohnsonlaw.com
Clay Johnson
  Email: clay@clayjohnsonlaw.com
JOHNSON LAW FIRM, P.C.
609 Gilmer Street
Sulphur Springs, TX 75482-4121

this the 28th day of December, 2015.


/s/ *John R. Mercy*
John R. Mercy